ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
KAUANOE JACKSON #8659
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Darren.Ching@usdoj.gov
Kauanoe.Jackson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 21 2019
at ___ o'clock and 75 min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR 19-00108 HG |
| Plaintiff, | INDICTMENT |
| vs. | [21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)] |
| JAMES HERBERT CAPALDI, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

## Count 1
### Conspiracy to Distribute and Possess With the Intent to Distribute Methamphetamine and Heroin
### (21 U.S.C. § 846)

From a precise date unknown, but at least on or about July 15, 2019 and continuing to on or about July 24, 2019, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, JAMES HERBERT CAPALDI, the defendant, did knowingly and intentionally conspire with others known and unknown, to distribute and possess with intent to distribute, fifty grams, or more, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## Count 2
### Attempt to Possess With the Intent to Distribute Methamphetamine
### (21 U.S.C. § 846)

From a precise date unknown, but at least on or about July 15, 2019 and continuing to on or about July 24, 2019, both dates being approximate and inclusive, within the District of Hawaii, JAMES HERBERT CAPALDI, the defendant, did knowingly and intentionally attempt to possess with intent to

distribute, fifty grams, or more, of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

<u>Count 3</u>
Attempt to Possess With the Intent to Distribute and Heroin
(21 U.S.C. § 846)

From a precise date unknown, but at least on or about July 15, 2019 and continuing to on or about July 24, 2019, both dates being approximate and inclusive, within the District of Hawaii, JAMES HERBERT CAPALDI, the defendant, did knowingly and intentionally attempt to possess with intent to

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

distribute, one kilogram or more of a mixture or substance containing a detectable amount of heroin, Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

DATED: August 21, 2019, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENJI M. PRICE
United States Attorney
District of Hawaii

DARREN W.K. CHING
Assistant U.S. Attorney
KAUANOE JACKSON
Special Assistant U.S. Attorney

United States v. James Herbert Capaldi
Indictment
Cr. No. CR19-00108 HG

4